# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

BRICK P. HOUSTON,

    Plaintiff(s),

v.

MENDOZA, et al.,

    Defendant(s).

Case No. 2:20-cv-00650-RFB-NJK

**ORDER**

[Docket No. 35]

    Pending before the Court is Defendants' motion related to various discovery matters, including a request for $4,322.80 in monetary sanctions. Docket No. 35. To date, Plaintiff has not responded. Accordingly, the Court hereby **ORDERS** Plaintiff to respond to this motion by November 5, 2021.

    IT IS SO ORDERED.

    Dated: October 27, 2021

_____
Nancy J. Koppe
United States Magistrate Judge

1